UNITED STATES DISTRICT COURT **ORIGINAL**

DISTRICT OF MINNESOTA

Civ. File No. 02-0473 MJD/JGL

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

**ORDER FOR DISMISSAL**

GRAND DEVELOPMENT, INC.,

Defendant.

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: 8-16-02

Michael J. Davis
The Honorable Michael J. Davis
Judge of District Court

FILED AUG 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

98081